[No. 45349-1-I.  Division One.  September 11, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. ADAM SANDERS, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01828-8, Ellen J. Fair, J., entered September 29, 1999. *Remanded* by unpublished per curiam opinion.

[No. 45491-9-I.  Division One.  September 11, 2000.]

CRAIG MCKINNEY, ET AL., *Appellants*, v. THE CITY OF TUKWILA, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 99-2-08973-1, Jay V. White, J., entered October 25, 1999. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, J., and Howard, J. Pro Tem. Now published at 103 Wn. App. 391.

[No. 45900-7-I.  Division One.  September 11, 2000.]

*In the Matter of the Sentence of* JAMES BRADFORD.

Postsentence petition filed by the Department of Corrections seeking review of a sentencing decision. *Remanded* by unpublished per curiam opinion.

[No. 45955-4-I.  Division One.  September 11, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. GILBERT L. RUIZ, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00388-2, George N. Bowden, J., entered January 26, 2000. *Remanded* by unpublished per curiam opinion.